IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VINCENT COOPER                                                      PETITIONER

v.                                    Case No. 6:15-cv-6091

WENDY KELLEY                                                       RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed February 2, 2017, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 10.  Judge Bryant recommends that Petitioner Vincent Cooper's Petition for Writ of

Habeas Corpus (ECF No. 1), which was filed pursuant to 28 U.S.C. § 2241, be denied.  No party

has filed objections to the Report and Recommendation, and the time to object has passed.  *See*

28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto.*

Accordingly, Cooper's Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED** and

**DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 1st day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge